UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- v. -

RAMON MARTINEZ,

    Defendant.

- - - - - - - - - - - - - - - - - X

**UNSEALING ORDER**

18 Cr. 663 (GBD)

WHEREAS on June 4, 2018, Complaint 18 Mag. 4755 was filed under seal;

WHEREAS on March 18, 2019, Information 18 Cr. 663 was filed under seal;

WHEREAS on May 25, 2021, the Government requested, with the defendant's consent, the unsealing of Complaint 18 Mag. 4755 and Information 18 Cr. 663;

IT IS HEREBY ORDERED that that Complaint 18 Mag. 4755 and Information 18 Cr. 663 be and hereby are unsealed.

Dated: New York, New York
   MAY 25 2021, 2021

_____
HON. GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE