**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　-against-　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
RAMON MARTINEZ,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　Defendant.　:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUN 0 1 2021

ORDER

18 Crim. 663 (GBD)

GEORGE B. DANIELS, United States District Judge:

　　Defendant's sentencing is scheduled for August 11, 2021 at 10:00 am.


Dated: New York, New York
　　　　June 1, 2021

　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　GEORGE B. DANIELS
　　　　　　　　　　　　　　　　United States District Judge