UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

RAMON MARTINEZ,

                      Defendant.

------------------------------------x

ORDER

18 Crim. 663 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant's sentencing is rescheduled from August 11, 2021 to September 8, 2021 at 10:00 a.m. The Clerk of Court is directed to close Defendant's letter motion at ECF No. 19.

Dated: New York, New York
      June __, 2021
      JUN 21 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge