# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

August 23, 2021

*VIA ECF*
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Ramon Martinez*, 18 CR 663 (GBD)

Dear Judge Daniels:

With the consent of the government, I write to seek an adjournment of about 30 days of Mr. Martinez's sentencing, currently scheduled for September 8, 2021. Because of my personal schedule, I am unable to effectively complete Mr. Martinez's sentencing submission under the current schedule.

Thank you for your consideration of this application.

Respectfully submitted,

/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

cc: AUSA Robert Sobelman

## SO ORDERED

The sentencing is adjourned from September 8, 2021 to October 13, 2021 at 11:00 a.m.

*George B. Daniels* AUG 2 4 2021
HON. GEORGE B. DANIELS