# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Southern District
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

October 5, 2021

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

*VIA ECF*
Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED

The sentencing is adjourned from October 13, 2021 to December 8, 2021 at 11:30 a.m.

OCT 0 6 2021

/s/ George B. Daniels
HON. GEORGE B. DANIELS

Re: *United States v. Ramon Martinez*, 18 CR 663 (GBD)

Dear Judge Daniels:

With the consent of the government, I write to seek an adjournment until the beginning of December of Mr. Martinez's sentencing, currently scheduled for October 13, 2021. I need the additional time to effectively complete Mr. Martinez's sentencing submission. The proposed schedule takes into the parties' Thanksgiving holiday plans as well.

Thank you for your consideration of this application.

Respectfully submitted,

/s/ JULIA GATTO
Julia L. Gatto
Assistant Federal Defender
212.417.8750

cc: AUSA Robert Sobelman