UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,              :
                                       :
            -against-                  :     ORDER
                                       :
RAMON MARTINEZ,                        :     18 Crim. 663 (GBD)
                                       :
                         Defendant.    :
------------------------------------- x

DEC 0 7 2021

GEORGE B. DANIELS, United States District Judge:

Defendant's sentencing is rescheduled from December 8, 2021 to December 15, 2021 at 10:30 a.m.

Dated: New York, New York
       December 7, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge